# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 18, 2013

By Hand

Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:   **United States v. Jack Wright**
      **13 Cr. 279 (DLC)**

Dear Judge Cote:

    I write on consent (Assistant United States Attorney Micah Smith and Pretrial Services Officer Jason Lerman) to respectfully request that the Court modify the conditions of Mr. Wright's release; specifically, that the Court extend Mr. Wright's curfew on October 19, 2013 from 7:00 p.m. to 11:00 p.m. to allow Mr. Wright and his family to attend an annual memorial dinner for his grandmother, which will be held at his aunt's home in the Bronx. Mr. Wright's conditions of release include a curfew enforced by electronic monitoring. He has been fully compliant with all the terms of his release.

    I apologize for the short notice of this request. Mr. Wright had contacted me last week, but I was out of the office through October 16. It then took an additional day to get approval from Pretrial Services because I had contacted the wrong officer (Mr. Wright had previously been supervised by John Moscato, but is now being supervised by Jason Lerman).

    Thank you very much for your consideration of this request.

Respectfully Submitted,

Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Ordered
Application granted.
10/18/13  /s/ B. ?
          USDJ

cc:   Micah Smith, Esq., by facsimile
      Jason Lerman, Pretrial Services Officer, by facsimile